

2016-0732 (La. 4/22/16)

**Zachary GARCIA**

v.

**PROTECTIVE INSURANCE COMPANY, Greenwood Motor Lines, d/b/a R & L Carriers, and James Richard**

**NO. 2016-CC-0732**

Supreme Court of Louisiana.

April 22, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. F, No. 630,390; to the Court of Appeal, First Circuit, No. 2016 CW 0409

Denied.

GUIDRY, J., would grant.

2016-0759 (La. 4/25/16)

**STATE of Louisiana**

v.

**Don HAYES**

**NO. 2016-KK-0759**

Supreme Court of Louisiana.

April 25, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. G, No. 527-283; to the Court of Appeal, Fourth Circuit, No. 2016-K-0426

Stay denied. Writ denied.

2016-0761 (La. 4/26/16)

**STATE of Louisiana**

v.

**Don HAYES**

**NO. 2016-KK-0761**

Supreme Court of Louisiana.

April 26, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. G, No. 527-283; to the Court of Appeal, Fourth Circuit, No. 2016-K-0414;

Stay denied. Writ granted. The trial court's ruling admitting the Prieur evidence without a hearing is set aside. The matter is remanded for the trial court to conduct an evidentiary hearing to determine the admissibility of the evidence the State seeks to introduce as other crimes, wrongs, or acts under La. Code Evid. Art. 404(B). See State v. Prieur, 277 So.2d 126 (La. 1973).

WEIMER, J., would grant.

2015-0558 (La. 5/2/16).

**STATE EX REL. Brandon LAVERGNE**

v.

**STATE of Louisiana**

**NO. 2015-KH-0558**

Supreme Court of Louisiana.

May 2, 2016

Applying for Reconsideration of this Court's action dated March 14, 2016; Par-